**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY HARTWELL,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | No. 1:26-cv-07618-MKV |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 11/16/2026

**PLAINTIFF'S MOTION TO WITHDRAW PRIOR MOTION**

Plaintiff Anthony Hartwell hereby moves to withdraw the previously filed Motion to Relate and/or Consolidate Cases, Dkt. No. 7. Plaintiff filed that motion in order to alert this Court of the plaintiff's motion in *DeLeon v. Fed. Express Corp.*, 1:26-cv-07607-KPF (S.D.N.Y. Nov. 5, 2026), Dkt. No. 13, which seeks to relate the more than 150 cases with nearly identically-worded complaints recently filed in this District. *DeLeon* is the first-filed of those cases. By filing a similar motion in this case, Plaintiff did not intend to suggest that the issue should be decided by a court other than the court presiding over the first-filed case. Accordingly, out of an abundance of caution, Plaintiff moves to withdraw the motion here. Plaintiff plans to instead file a Notice of the motion in *DeLeon* on this docket.

Dated: November 10, 2026

Respectfully submitted,

ANTHONY HARTWELL

By his attorney,

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (NY Bar No. 2971927)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com

**Granted. SO ORDERED.**

The Clerk of Court is respectfully requested to close docket entry numbers seven and ten.

Date: 11/16/2026
New York, New York

Mary Kay Vyskocil
United States District Judge